**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| HEIDI BRANDISS, on behalf of himself and others similarly situated, | ) ) | 1:13-cv-9304 |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| SURVEY SAMPLING INTERNATIONAL, LLC, | ) ) | |
| Defendant. | ) ) | JURY DEMANDED |

**COMPLAINT**

**CLASS ACTION**

1.      Aimed at protecting consumer privacy rights, the Telephone Consumer Protection Act, 47 U.S.C. § 227 ("TCPA") prohibits calls made using any "automatic telephone dialing system" to cell phones. *Mims v. Arrow Financial Services, Inc.*, 132 S.Ct. 740 (2012).

2.      Defendant Survey Sampling International, LLC ("SSI") is a company that specializes in the placement of automated telephone calls. It appears that most such calls are made for purposes of doing market research and surveys, but there may be other purposes for calls, as well.

3.      SSI called plaintiff twice on or about December 23, 2013, using a predictive dialer.

4.      These calls were unsolicited. Plaintiff has never given her phone number to SSI, and has never knowingly given her phone number to any entity that might have made SSI privileged to make these calls.

## JURISDICTION AND VENUE

5.      The Court has federal question jurisdiction over these TCPA claims. *Mims*, 132 S.Ct. at 744.

6.      Venue is proper because plaintiff resides in this District and received the calls that are the subject of this case here. Therefore, a substantial part of the events or omissions giving rise to the claims in this case occurred within this District. 28 U.S.C. §1391(b)(2).

## PARTIES

7.      Plaintiff is an individual who resides in the Northern District of Illinois.

8.      SSI is a Delaware corporation, which is located in Shelton, Connecticut.

## FACTS

9.      The TCPA prohibits the use of "automatic telephone dialing systems" ("ATDS") to call cellular telephones. ATDS under the TCPA means any equipment that has the "*capacity* to dial numbers without human intervention," and includes predictive dialing equipment. *Griffith v. Consumer Portfolio Serv., Inc.*, 838 F.Supp.2d 723 (N.D.Ill. 2011) (emphasis original).

10.      SSI uses predictive dialing equipment, which has the capacity to dial numbers without human intervention, to make calls to cell phones. Exhibit A. SSI's telephone equipment also has the capacity to randomly or sequentially generate numbers to be called. Exhibit B.

11.      SSI used such equipment to call plaintiff's cell phone twice on December 23, 2013.

12.      Upon information and belief, these calls were part of a large-scale series of campaigns, whereby thousands of cell phone numbers were called using the same or similar equipment that is covered by the TCPA.

13.     Plaintiff did not consent to these calls. The class is defined in such a way so as to exclude persons who consented.

14.     Plaintiff and the class were substantially damaged by defendant's calls. TCPA, Pub.L. No. 102–243, § 11.-12; *Mims v. Arrow Financial Services, LLC*, 132 S.Ct. 740, 744 (2012); *Martin v. Leading Edge Recovery Solutions, LLC*, 2012 WL 3292838, at* 4 (N.D.Ill. Aug. 10, 2012).

15.     SSI knew about the TCPA when it made the calls that are the subject of this case, and knew or should have known that these calls were violations thereof.

16.     Upon information and belief, SSI keeps and uses both individual and aggregate data derived from calls such as those made to plaintiff, and uses it for its own commercial purposes.

17.     There very possibly could have been other calls made by SSI to plaintiff and class members, such as advertising text messages or survey calls. The class is defined to include such calls, to the extent that they were unsolicited.

# COUNT I – TCPA

18.     Plaintiff incorporates all previous paragraphs of this complaint.

19.     It is a violation of the TCPA, 47 U.S.C. §227(b) to call a person's cellular telephone using an ATDS

20.     Defendant called plaintiff and the class members' cell phones using an ATDS.

21.     Plaintiff and the class are entitled to have their rights, status and legal relations under the TCPA relating to defendant's calling of cell phones using an automatic dialing system.

22.     The defendant's calls were negligent, or alternatively, they were willful or knowing.

## Class Allegations

23.     Plaintiff brings Count I on behalf of a class, which consists of:

All persons nationwide who defendant or some person on its behalf called on their cell phone using a device that has the capacity to dial numbers without human intervention, where the recipient of the call did not give defendant the phone number for purposes of such call, where any call was made on or after December 30, 2009.

24.     The class is sufficiently numerous to make joinder impracticable. The only use for automatic dialing equipment is to make a high volume of telephone calls in a short period of time.

25.     Common questions of law and fact exist as to all members of the class and predominate over any questions solely affecting any individual member of the class, including plaintiff. Such questions common to the Class include, but are not limited to:

        a.      Whether defendant used an automatic telephone dialing system as that term us defined in the TCPA and applicable FCC regulations and orders; and

        b.      Damages, including whether the violations were willful or knowing.

26.     Plaintiff will fairly and adequately protect the interests of the class.  Plaintiff has no interests that might conflict with the interests of the class. Plaintiff is interested in pursuing all claims vigorously, and has retained counsel competent and experienced in class and complex litigation.

27.     Class action treatment is superior to the alternatives for the fair and efficient adjudication of the controversy alleged herein. Such treatment will permit a large number of similarly situated persons to prosecute their common claims in a single forum simultaneously,

efficiently, and without the duplication of effort and expense that numerous individual actions would entail.

28.     No difficulties are likely to be encountered in the management of this class action that would preclude its maintenance as a class action, and no superior alternative exists for the fair and efficient adjudication of this controversy.

29.     Defendant has acted on grounds generally applicable to the class, thereby making relief appropriate with respect to the class as a whole.  Prosecution of separate actions by individual members of the class, should they realize their rights have been violated, would likely create the risk of inconsistent or varying adjudications with respect to individual members of the class that would establish incompatible standards of conduct.

30.     The identity of the class is likely readily identifiable from defendant's records.

31.     A class action is superior to other available methods for the fair and efficient adjudication of this controversy since joinder of all members is impracticable.

WHEREFORE, plaintiff requests that the Court enter judgment in favor of herself and the class and against defendant that provides the following relief:

    a.     Statutory damages of $500 per violation, and up to $1,500 per violation if proven to be willful or knowing;

    b.     A permanent injunction prohibiting defendant from violating the TCPA in the future through calling cellular phones using an automatic telephone dialing system without adequate consent;

      c.      A declaration that defendant used an automatic telephone dialing system, and a declaration that it violated the TCPA in calling plaintiff and the class; and

      d.      Any other relief the Court finds just and proper.

Respectfully submitted,

/s/Alexander H. Burke

Alexander H. Burke
**BURKE LAW OFFICES, LLC**
155 N. Michigan Ave., Suite 9020
Chicago, IL 60601
(312) 729-5288
(312) 729-5289 (fax)
ABurke@BurkeLawLLC.com

**JURY DEMAND**

Plaintiff demands trial by jury.

/s/Alexander H. Burke

Alexander H. Burke
**BURKE LAW OFFICES, LLC**
155 N. Michigan Ave., Suite 9020
Chicago, IL 60601
(312) 729-5288
(312) 729-5289 (fax)
ABurke@BurkeLawLLC.com

**DOCUMENT PRESERVATION DEMAND**

Plaintiff hereby demands that the defendant take affirmative steps to preserve all recordings, data, emails, recordings, phone records, dialer records, documents and all other tangible things that relate to the allegations herein, plaintiff or the putative class members, or the making of telephone calls, the events described herein, any third party associated with any

telephone call, campaign, telemarketing, account, sale or file associated with plaintiff or the putative class members, and any account or number or symbol relating to any of them. These materials are very likely relevant to the litigation of this claim. If defendant is aware of any third party that has possession, custody or control of any such materials, plaintiff demands that defendant request that such third party also take steps to preserve the materials. This demand shall not narrow the scope of any independent document preservation duties of the defendant.

/s/Alexander H. Burke

# Exhibit A

# White Paper

W.I.R.E





## Introduction

Over the last decade, survey research data collection processes have become increasingly dependent on technology. The introduction of Computer Assisted Telephony Interviewing (CATI), predictive dialers, and the Internet has advanced the industry far beyond its paper and pencil origins. Today, any data collection operation requires its technology to support a wide variety of activities as well as power innovation, enhance quality and drive costs from business processes.

There are more than a dozen off-the-shelf packages available for survey research firms. Data collection products from firms such as CFMC, SPSS and Firm offer broad range capabilities. In some cases, we have adopted these products because of the tight integration offered our clients when we operate on the same platform. However, they all fail to offer a modern comprehensive enterprise platform to meet our demanding needs. Specifically, we expect our enterprise data collection application to have the following characteristics:

- Modern tools and technology with support for the Internet
- Ability to scale
- Reasonable cost
- Complete integration across modes of data collection (internet, interviewer, automated telephony)
- Easy to use
- Supports highly distributed global operating environment
- Flexibility to respond quickly to unique opportunities

SSI created W.I.R.E. in response to the need for an enterprise application to meet our requirements without exception. W.I.R.E., integrates the best of market research practices into a robust enterprise platform. At the core of W.I.R.E. is an interaction engine capable of automating virtually every aspect of survey research data collection. W.I.R.E not only redefines call center productivity, it integrates the expansiveness of the Internet through a visually appealing, intuitive web interface, which introduces a new era questionnaire presentation.

By using industry standard secure web components coupled with a rugged interaction engine, W.I.R.E boasts of a powerful multi-language survey platform as well as an impressive multi-media survey hosting capability. In a global economy, W.I.R.E provides the technology platform that allows survey research to penetrate the four corners of the globe. W.I.R.E. represents the critical point of leverage for organizations that demand the very best from a data collection firm.



*(continued)*



**Science. People. Innovention**

## W.I.R.E. Strengths

### Hard Dollar Cost Savings

W.I.R.E. is an elegantly integrated application to meet the comprehensive needs of survey research data collection. It is a single unified application with broad functional capability that costs less than a suite of separately purchased applications.

The architecture of W.I.R.E. has been engineered in critical areas to keep acquisition, operation, and maintenance costs down. These include low bandwidth requirements for remote interviewer stations, centralized data storage, industry standard readily available hardware components, open-source software, and an easily scalable architecture.

For example, each new W.I.R.E. call center seat costs approximately $1,500 while some off-the-shelf systems cost in excess of $7,000 per seat.

### Faster Project Turnaround

With W.I.R.E. employees spend more time collecting data and less time working around the operational limitations of heritage systems. The platform was functionally specified by a team with hundreds of years of experience in survey research data collection.

W.I.R.E., facilitates fielding a project across multiple phone centers. The application permits key personnel to view unified project metrics and shift sample real time between phone center locations. This ability to load balance project activities enables faster project turnaround and greater efficiencies. Furthermore, this allows SSI to bring the full power of the largest CATI operation in the country to bear on a single project.

The web server farm supports high concurrency even in a multi-media questionnaire or multi-mode study. This server farm can be expanded with great ease to support high throughput requirements. For instance, we have accommodated Internet projects, which required in excess of 50,000 completed surveys per day.

### Higher Quality Data

Highly respected business thinkers believe what gets measured gets managed. W.I.R.E. offers an impressive array of management metrics, which provide rich detail of project statistics in real- time. These reports include macro visibility to project progress, marginals, cross tabs, and highly granular views of any data element.

For instance, SSI operating personnel view reports containing measurements such as average survey time by interviewer and innovative reports such as aggregated data by individual interviewer. The ability to view these reports real-time while a project is in field is a first in the industry.

### Superior Questionnaire Design Flexibility

Forward thinking researchers are uncovering and using sophisticated techniques to tease penetrating insights from respondents, increasing the complicated nature of survey research.

*(continued)*



W.I.R.E. accommodates varied questionnaire presentations including multi-media elements such as images, video, and audio in both self-administered Internet surveys and our interviewer assisted surveys. It enables survey instruments to use a network of contingent logic stretching research into new frontiers. In some cases, our clients have challenged us to use in excess of 10,000 columns of data and difficult skip patterns, which require some of the most sophisticated questionnaire programming found anywhere.

An ever-expanding code library has helped to redefine project turnaround through the reuse of time tested pre-programmed components.

Importantly, W.I.R.E. offers the ability to protect images and text when placing a survey on the Internet. Although no technology is perfect in preventing a technically savvy web respondent from capturing sensitive information, we can go a long way toward preventing information from being shared with others.

### Support for Integrated Multi-Mode
Many data collection applications offer strong support of a single mode, such as live interviewer or Internet, but few offer a truly integrated suite. W.I.R.E. not only supports multiple modes of data collection, but also offers the industry's only truly integrated multi mode interaction engine. For instance, data can be collected via the Internet and live interviewer at the same time and stored in a single unified database.

As survey research is challenged by time compression, regulation, and respondent apathy, hybrid approaches to data collection will move from a novel exception to the norm.

### A New Approach: Architecture For the Future



### W.I.R.E Component Model
The W.I.R.E. system is a collection of open software objects and industry standard hardware. At its core, W.I.R.E. contains a revolutionary set of interaction components. These components are the building blocks for an integrated survey research platform that gathers, stores and reports on data.

*(continued)*



W.I.R.E. presentation services deliver the instrument to the respondent or interviewer on an Internet browser, such as Microsoft's Internet Explorer. Internet and live interviewer modes of collection often require small differences in the questionnaire. W.I.R.E. allows the instrument programmer to perform the core programming one time for multi-modal studies and permits different instruments to be presented to respondents in different modes. This design accommodates speed, efficiency and flexibility.



### Database Servers

W.I.R.E. uses a modern relational database management system (RDBMS) that is compliant with industry standards and best practices, (SMP, rich SQL dialect, ODBC, OLE ADO, replication). This database system not only includes the traditional relational requirements to ensure referential integrity, but it also includes superior data segmentation. As such, each project is completely contained in its own database. This provides excellent security and prevents data from one project to be merged or stored with data from any other project.

Additionally, the segmentation of data in the database allows projects to move from online, to near-line, to off-line without disrupting other projects or data. The W.I.R.E. system has hundreds of projects online at any time with numerous projects added each day. After a project is completed, the data archiving process allows clients to securely access information without disrupting ongoing operations. The high performance data access engine included in the database system is the key to the SSI Data Express real-time reporting system.

### Web Servers

W.I.R.E. uses a web server farm to support the presentations of the questionnaire in both Internet and live interviewer modes. W.I.R.E survey instruments are programmed in HTML, PHP pages and Java and hosted on Linux Apache web servers. In order to enhance the user experience, W.I.R.E programming standards emphasize the use of static PHP for each project. While there are dynamic elements on

*(continued)*



various web pages throughout the survey script, the static pages minimize the hits to each web server. In designing a system that can handle from one to thousands of simultaneous surveys, it is critical to manage the interaction between the web server and respondent computer.

### Presentation Services

A highly-valued aspect of W.I.R.E is the services offered for monitoring and controlling projects in field. W.I.R.E Director is a visually appealing digital dashboard that provides a detailed set of metrics and controls for managing projects in field. The Director allows both local and remote management full visibility to project statistics, thus permitting collaborative decision making from various project stakeholders. Projects can be viewed across operating centers, web servers and multiple modes or drilled down to the performance of a single interviewer.

W.I.R.E. Designer is a service which allows surveys to be programmed, tested and then activated for field operations. This process-driven design moves the survey very quickly from raw document form to a fully web-enabled survey with full real-time data reporting enabled. The combination of thoughtful design and a library of commonly used code components allow fast turnaround of survey instruments. For example, time critical public opinion surveys have been programmed and deployed in under two hours. While large complicated surveys may take longer to prepare, this design incorporates the same testing and quality assurance mechanisms whether a survey is a short customer satisfaction instrument or a lengthy, discrete choice new-product design questionnaire.

W.I.R.E Agent is a power service created to help call center interviewers focus on the quality and content of the survey. While it provides excellent flexibility to handle the needs of virtually any type of research call, it has been designed to maximize the survey experience for both the interviewer and respondent. An interviewer has the resources needed at their fingertips without a cluttered interface. From start to finish, the interviewer is guided to successful completion by sophisticated programming, a visually appealing interface, and unmatched usability.

### Communication Servers

W.I.R.E. communication servers enable a full range of telephony capabilities. This includes ACD, predictive dialer, IVR, and CATI. The communication servers allow for complete integration between sample and operating processes. This is only possible with a tightly coupled communication server. Toward this end, W.I.R.E developers have incorporated survey research industry sampling methodologies with a powerful open architecture predictive dialing engine.

The communication servers contain voice-processing boards from Intel Dialogic and terminate on standard telephony interfaces (T1, ISDN PRI, POTS). This powerful engine provides many of the traditional telephone switch capabilities at a fraction of the cost. These so-called soft switches are at the vanguard of the telephony systems migration away from heavy iron hardware-based solutions to software-driven communication servers.

By tightly coupling the dialer technology with W.I.R.E., three different modes of dialing are offered based on the nature of the survey. First, preview dialing is used heavily in business-to-business dialing. This allows the interviewer to review or preview the number to be dialed prior to clicking the dial button, which will then dial the number for them. The second dialing mode is progressive dialing. This

*(continued)*



automatically dials the next number but allows the interviewer to view the sample record while the number is dialed.  The final dialing mode is predictive dialing, which pre-dials the telephone numbers and only transfers to an interviewer when a respondent answers the telephone.  Predictive dialing is the most efficient method of reaching potential respondents because the unproductive dials such as answering machine, no answers, and operator intercepts are screened out.  In predictive mode the information about the call is sent to the interviewers desktop computer simultaneously as the call is transferred to their headset.

### Security

From database design to web access, W.I.R.E was designed around security.   All data is stored in a single central database in Orem, Utah.  The data center is used exclusively by SSI and is not a co-located facility.  Physical security to the data center is provided by key card entry that limits access to necessary personnel.  Direct outside database access is prevented via a password protected data store and state-of-the-art network security.  Therefore, internal access to the database and web servers is restricted by two-factor authentication.

W.I.R.E utilizes a DMZ for the web server farm.  This way, we are able to secure the web servers behind a firewall.  This firewall only allows proper web survey protocols to pass from the open Internet to the web servers.  In order to access the database servers, the web servers then pass through a rigid authentication process, which only allows database type protocols and packets through a carefully monitored IP port in the firewall.

### Business Continuity

The Data Center housing the mission-critical W.I.R.E. systems is backed up by an enterprise universal power system (battery backup) and a diesel generator.  This delivers uninterrupted power to all critical systems.  The telephony service to the data center is via an OC3 on a SHARP configuration.  This assures a phone line cut in the most vulnerable area of service, the local loop, will not interrupt service.

Finally, the data center is located in Orem, Utah.  This location is not subject to many of the business interruption threats found in other parts of the country such as earthquakes or tornadoes



*(continued)*





## W.I.R.E. Capabilities

### Multimode Interviewing

Data may be collected via Internet, live interviewer using both inbound and outbound contacts, and automated telephony using both outbound and inbound contacts.  Data may also be collected using any of these modes in any combination.

Load Balanced Simultaneous Phone Interviewing in W.I.R.E. allows all call centers to dial on the same project regardless of location.  Projects can be activated in a call center and resources allocated to a study with great ease.  This allows us to place the necessary effort on each project to be certain timelines are met.

### Multimedia Questionnaires

From radio testing to ad awareness testing, W.I.R.E. allows seamless integration to play sound bytes, show video clips, compare image brands, and measure respondent feedback to both audio and visual media. Using W.I.R.E technology questionnaire images and text can be protected.   The image and text protection will prevent an errant respondent from distributing sensitive or proprietary information to third parties.

### Voice Recording

W.I.R.E. has the ability to record a single question or the entire survey depending on the needs of the client.  This valuable tool is beneficial in project briefings as well as verifying accuracy of respondent data.  Many times it is helpful to not only hear what a respondent said but also how they said it.

*(continued)*



The voice recordings are often distributed as a digital file in standard formats such as .mp3. In this way, they can be emailed to decision makers and played on virtually any personal computer.

### Integrated Monitoring

W.I.R.E. enables important quality control processes through a tool for monitoring interviews at any time from a user-friendly interface. Supervisors have the ability to see where the interviewers are in a survey and can listen to demographic and statistical questions or monitor the entire survey for quality control. If they notice a problem, they can quickly isolate the issue and create resolution. Often this may simply include recording a call to be used for additional training purposes. Additionally, supervisors have a digital dashboard to monitor the status of interviewer productivity. Through this digital dashboard they can monitor entire call center productivity levels or look deeper to focus on the individual interviewer metrics. For comparison purposes, supervisors can immediately stack one interviewer against other interviewers to verify efficiency or look for outliers that may signal quality issues. These real-time metrics provide call volume statistics; average wait times between calls, survey completion ratios, average length of calls, etc. Because quality assurance is essential to good research, W.I.R.E includes the ability for managers at headquarters to remotely monitor interviewers without prior notification. W.I.R.E. was designed not only around efficiency in data collection but with an eye toward operational excellence.



### Sample Management

Good quantitative market research requires a strict adherence to proper sampling methodology. Few design details of W.I.R.E. had as much discussion and thought as the sample management component of W.I.R.E.

For example, with outbound live interviewing W.I.R.E. follows a strict replicate sampling methodology. Replicate sampling can be best understood with an example. Imagine 10 identical maps of the United States lying on top of each other. If you wanted to do 1000 surveys across the United States, you

*(continued)*



would put 1000 dots across the United States map based on population and factors you were trying to include in your analysis. Each of these dots represents a phone number. Each map below the one above would look roughly the same as the first map with dots approximately in the same locations as the first map. As you start dialing through the numbers you give every effort to contact everyone on the first map. However, if you are not able to complete a survey with every location you identified you would move to the map below and try the phone numbers in the areas you were not able to reach on the first map. This system minimizes non-response bias and helps guarantee each phone number has an equal probability of completing a survey, not just an equal probability of being dialed.

### Callback Efficiency

Callbacks are essential in business-to-business phone-based research and helpful in many consumer surveys. It is often difficult to reach the respondent on the first call. Therefore a comprehensive tracking system is required to efficiently complete many projects. W.I.R.E. offers different approaches to managing callbacks based on the type of survey being administered. These modes include Interviewer, Call Center, and Global. Interviewer mode allows the interviewer to set the callback and only the interviewer who set the callback originally will have access to that callback in the future. In Call Center mode anyone in a particular call center may dial the callback. Global mode signifies any interviewer in any of the SSI global operating centers may dial the callback. Additionally, each callback mode includes both a manual and automatic setting, meaning the callback will be selected and dialed manually or will automatically be dialed at the scheduled time.

### Time Zone Control

Many surveys sample respondents from across the nation. As such, proper time zone management is critical for good respondent cooperation. While most surveys may be dialed until 9:00 PM local time, some sensitive projects such as a customer satisfaction survey are terminated at 8:00 PM local time. International projects may require dialing in the middle of the night. W.I.R.E. includes a very accurate time zone management system customizable for each project.

### Advanced Sample Quota Management

In order to provide proper statistical meaning to the data gathered, quotas provide a grouping of responses that represents the population being surveyed. As an example, political surveys often cover an entire state. The number of surveys required will usually include at least one survey from each county. Some counties obviously have a greater population base and so more surveys are required. Correct quotas are structured to include input from an entire political jurisdiction but also represent the population correctly. If you need 400 completes from the state of California, it would be tempting to just go off of population figures and only interview respondents from Los Angeles, San Francisco, and San Diego. However, it is essential to get input from every county in the state no matter how small the population is in a county. Strict quota adherence is essential to valid data. Other surveys, such as banking customer satisfaction, require at least one customer from each branch to be surveyed each week. Some of these large banks have thousands of branches and the management of these quotas would be virtually impossible to do by hand.

W.I.R.E. has supported survey quota cell requirements ranging into the thousands. Dealing with thousands of quota cells can be an arduous task for any supervisor; W.I.R.E. complements internal quota tracking with user-friendly tools for the supervisors to help them slice and dice the information in a manner that facilitates proper project management.

*(continued)*





### Predictive Dialing

W.I.R.E. is tightly coupled with an open architecture predictive dialing engine to provide the rigor of good sampling methodology along with the efficiency of a predictive dialer. Interviewers are able to focus on talking to respondents instead of dialing the digits on the telephone. Not only does this reduce interviewer fatigue, but also the interviewers are able to focus on quality and doing what they love – talking to respondents.

### Preview Dialing

Occasionally surveys have specialized requirements or additional information, which needs to be reviewed prior to calling a respondent. The integrated preview-dialing mode of W.I.R.E. allows the interviewer to be prepared prior to making the call. This allows the interviewer to review the history of the attempts already made when conducting business-to-business surveys.

### Real-Time Web Reporting

Multi-language web surveys and international dialing through our global operating centers require 24 x 7 availability. Through the real-time web reporting abilities of W.I.R.E, clients and client service representatives alike can monitor all progress on their projects from any Internet browser anywhere

*(continued)*



in the world at any time of the day. For instance, this would enable global companies to discuss the results of a survey over a conference call while simultaneously monitoring the progress of the project.

*Low Bandwidth*

In our global business environment, the requirement for low bandwidth survey instrument is critical. W.I.R.E. supports lightweight survey instruments so Internet respondents with dial up connections have pleasant experiences and the cost of connectivity to our global interviewing centers is minimized. This low bandwidth requirement allows all web and database servers to reside at headquarters regardless of the location of the distributed operating center worldwide.

*In-Progress Monitoring*

One of the triumphs of W.I.R.E. is to capture the in-progress stage of surveys, whether being conducted in the phone centers or online by respondents at home. The Internet is traditionally a "stateless" environment with no "memory" of what was last delivered. W.I.R.E technology captures the in-progress status and provides a powerful mechanism for facilitating proper monitoring and superb quality.



*Real-Time Data Reporting*

Clients love our real-time data reporting tool named "SSI Data Express." There are no batch processes involved with this ability; W.I.R.E. is truly real-time. The data is visible the second the survey is completed. Because the real-time reports are completely web enabled, business decision makers have immediate and simultaneous access to the reports and data from anywhere in the world. SSI Data Express includes frequencies of survey responses, cross tabulation of questions asked, and also analysis of open-ended verbatim responses. SSI Data Express provides standard statistical functions such as mean, mode, and standard deviation along with the ability to set up custom filters to hone in on the data you wish to analyze.

*(continued)*



**Science. People. Innovention**

Finally, data can be exported to Excel for further local analysis or manipulation.



### High Throughput

W.I.R.E. has been designed with scalability in mind.  When demanding clients need to push the envelope of project turnaround, W.I.R.E's architecture delivers the flexibility to redefine what is possible.

### Ease of Archiving Projects

W.I.R.E.'s choice of database architectures allows entire projects to be easily archived for future retrieval.  Because each project resides in its own database, project archival does not disrupt ongoing operations.  With many projects starting each day and the occasional need to retrieve old data, a solid archival process is absolutely essential.

### Summary

W.I.R.E., SSI's next generation of proprietary data collection tools continues our commitment to innovation and operational excellence.  It is a powerful tool used to greatly improve project efficiency and effectiveness.  As the embodiment of the best practices in the industry, it may be the most sophisticated tool of its kind in the marketplace.

# Exhibit B

# US Wireless Screening & Geo-ID



**Description: SSI introduces a new way to increase the dialing efficiency of cell phone sample and now provides geographic identification for selected cell phone sample**

Wireless Screening is a stand-alone, post-production process that increases efficiency by identifying wireless telephone numbers with "activity" within an RDD wireless/cell phone sample while maintaining the integrity of SSI's probability methodology and complying with the Telephone Consumer Protection Act.

Wireless Geo-ID is a stand-alone, post-production process that identifies the billing ZIP code of the cell phone number.

Both the Wireless Screening Service and Wireless Geo-ID were developed using billions of consumer-initiated transactions across the US from nationwide phone carriers and hundreds of proprietary sources, to provide an authoritative method for identifying phone numbers that are 'working'. SSI's extensive testing has found that the process consistently detects working wireless phone numbers, and by not dialing the numbers with no activity, significantly improves productivity in field, saving time and money. And for those projects where geographic integrity is paramount, billing ZIP code can be appended to the selected wireless sample.

**Importance: SSI Wireless Screening and Wireless Geo-ID overcome the research challenges and costs associated with connecting to an increasingly wireless population. You get optimal samples yielding accurate results**

Telephone research is facing challenges. Landline ownership continues to decline while cell-phone-only households are on the rise—particularly among those under age 40, Hispanics, and lower income segments. Further, many households with a landline telephone consider themselves to be 'cell phone mostly', making and receiving most of their phone calls using a mobile device. And according to just-published data from the NHIS, for the first time, half of all US households are wireless-only or wireless-mostly.

In an increasingly wireless world, you can count on SSI's sampling scientists to work with you to create sampling plans that reach all of your target populations with the greatest efficiency while maintaining methodological integrity. SSI is unique in offering this increase in efficiency for cell phone sample. These advances are the latest addition to SSI's full suite of listed and unlisted phone sample methodologies, including RDD (Random Digit Dialing), EPSEM (Equal Probability Selection Method) and Cluster Sample (for political polling).

**KNOWLEDGE**

**ONLINE**

**OFFLINE**

**MIXED ACCESS**

**MULTI-MODE**

*(continued)*



**Science. People. Innovention**

© Survey Sampling International 2012

**Savings of time and money in the field. Increased targeting accuracy for cell-phone-only and cell-phone-mostly households**

Only SSI delivers benefits that meet today's growing offline requirements:

> *Top-quality landline and wireless/mobile phone sample.* SSI has offered the industry's most extensive and trusted telephone sampling options since 1977.

> *Consultative support from sampling experts.* Our Sampling Experts and Knowledge Teams works with you to build the right offline solutions for your specific projects—based on solid sampling science.

> *Professional telephone interviewing team.* If requested, SSI can provide professional telephone interviewers, experienced in the full range of techniques—from public opinion measurement to executive interviews to Voice of the Customer programs.

> *Geographic and demographic information.* SSI can append ZIP code to both landline and wireless/mobile samples.

> *Fielding efficiencies, at your request.* SSI can de-dupe numbers across projects, purge business numbers from landline consumer sample, identify and flag many pre-paid wireless phone numbers and identify non-working numbers for both landline and wireless samples.

SSI Wireless Screener and SSI Geo-ID services are available for US telephone sample.

**For More Information**

**In North America:** +1 203 567 7200 or info@surveysampling.com

**In Europe:** +31 10 850 5300 or info.eu@surveysampling.com

**In APAC:** +61 (0)2 8020 2616 or inquiry.ap@surveysampling.com

**In Latin America:** +52 55 2282 5200 or info.latam@surveysampling.com

KNOWLEDGE

ONLINE

OFFLINE

MIXED ACCESS

MULTI-MODE

