IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HEIDI BRANDISS, on behalf of himself and others similarly situated, ) ) ) Plaintiff, ) ) v. ) ) SURVEY SAMPLING INTERNATIONAL, ) LLC, ) ) Defendant. ) | Case No. 1:13-cv-9304 |

**DEFENDANT'S MOTION TO DISMISS
PURSUANT TO FED R. CIV. P. 12(B)(1) AND 12(B)(6)**

Defendant, Survey Sampling International, Inc. ("SSI") by its attorneys, Seyfarth Shaw LLP, respectfully submits this Motion to Dismiss pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) and in support of its motion, states as follows:

1. Plaintiff's complaint states a single claim alleging a violation of the Telephone Consumer Protect Act ("TCPA").

2. However, Plaintiff did not answer any call or receive any voice message from SSI. As such, Plaintiff suffered no damage or injury much less any harm to her property or privacy interests, which the TCPA is intended to protect. Plaintiff's failure and inability to state any damages means that she does not have Article III standing. Thus, Plaintiff's complaint should be dismissed with prejudice for lack of subject matter jurisdiction.

3. Additionally, because Plaintiff did not answer a call or receive a message, she cannot allege any facts to support her claim. Courts require more than conclusory allegations to support a claim. Here, Plaintiff does not allege how she knows that a predicative dialer was used to make the calls at issue, who made the calls, on whose behalf the call was made, or what injury she suffered. Because Plaintiff's conclusory allegations lack factual support and are nothing

more than a recitation of the elements, Plaintiff's claim should be dismissed for failure to state a claim.

WHEREFORE, for the reasons set forth in greater detail in the memorandum accompanying this motion, Defendant Survey Sampling International, Inc. respectfully moves this Court to dismiss, with prejudice, the Plaintiff's complaint, either pursuant to Fed. R. Civ. P. 12(b)(1) for failure to allege an actual injury or for failure to set forth any viable cause of action, pursuant to Fed. R. Civ. P. 12(b(6), and for any other relief deemed just and appropriate

DATED: April 7, 2014

Daniel M. Blouin (dblouin@seyfarth.com)
Jason P. Stiehl (jstiehl@seyfarth.com)
Seyfarth Shaw LLP
131 S. Dearborn Street, Suite 2400
Chicago, Illinois 60603-5577
Telephone: (312) 460-5000
Facsimile: (312) 460-7000

*Attorneys for Defendant,*
*Survey Sampling International, LLC*

Respectfully submitted,

SURVEY SAMPLING
INTERNATIONAL, LLC.

By: /s/ Jason P. Stiehl

**CERTIFICATE OF SERVICE**

Jason P. Stiehl, an attorney, certifies that on April 7, 2014, he caused a true and correct copy of the foregoing **Defendant's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6)** to be electronically filed with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

>Alexander H. Burke
>Burke Law Offices, LLC
>155 N. Michigan Ave, Suite 9020
>Chicago, Illinois 60601

>/s/ Jason P. Stiehl
>Jason P. Stiehl