## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
## Eastern Division

Heidi Brandiss

                                Plaintiff,

v.                                                    Case No.: 1:13–cv–09304
                                                        Honorable Charles R. Norgle Sr.

Survey Sampling International, LLC

                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 23, 2014:

      MINUTE entry before the Honorable Charles R. Norgle: Plaintiff's individual claims against Defendant are dismiss with prejudice, and with each party bearing its own costs. Plaintiff's class claims are dismissed without prejudice and with each party bearing its own costs. [27]. Civil case terminated. Mailed notice(ewf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.